Roland P. Reynolds, Esq. SBN 150864
Email: rreynolds@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone: (213) 688-0430
Fax: (213) 688-0440

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2013
CENTRAL DISTRICT OF CALIFORNIA
BY

Attorneys for Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HERMENEGILDO GONZALEZ; NABB-I AM: BEY,

Plaintiffs,

vs.

FLAGSTAR BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); SEAN KELLY; BELLA KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC. DBA TRUSTEE CORPS; ONULDO INC.; and DOES 1 thru 100,

Defendants.

Case No. EDCV13-0544 VAP (DTBx)

**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANTS PURSUANT TO 28 U.S.C. SECTION 1441**

[FEDERAL QUESTION]

Complaint Filed: January 25, 2013

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to sections 1441 and 1331 of Title 28 of the United States Code, Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina, hereby remove the action entitled HERMENEGILDO GONZALEZ; NABB-I AM: BEY, Plaintiffs, vs. FLAGSTAR BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); SEAN KELLY; BELLA



PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC. DBA TRUSTEE CORPS; ONULDO INC.; and DOES 1 thru 100, Defendants, Superior Court of the State of California for the County of Riverside, case no. RIC1301041 (the "Action") to the United States District Court for the Central District of California on the following grounds:

1. On or about January 25, 2013, Plaintiffs Hermenegildo Gonzalez and Nabb-I Am: Bey ("Plaintiffs") filed the Action in California state court. Plaintiff served MERS on February 28, 2013 and Evelyn D. Messina was purportedly substitute served on March 7, 2013. A true and correct copy of the Summons and Complaint in the Action is attached hereto as Exhibit A. Based on the foregoing, Defendants have timely filed this Notice of Removal. *See* 28 U.S.C. section 1446. The complete State Court file is also attached as part of Exhibit B.

2. Defendants Onuldo, Inc. and MTC Financial Inc. dba Trustee Corps have joined in the removal.

3. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. section 1441 in that the Action involves a federal question that can be ascertained from the face of Plaintiffs' complaint. Plaintiffs, in their Complaint, allege the following claim which involves a federal question and laws: The Fourth Claim for violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§1961 *et seq*. ("RICO"). [Complaint ¶¶49-51, attached as Exhibit A.]

4. Defendants contemporaneously are filing a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Riverside and it will be served on Plaintiffs on the same day. Defendants will serve Plaintiffs with copies of this Notice of Removal and the notice filed in State Court. A true and correct copy of written notice sent to the Clerk of the Superior Court and Plaintiff is attached hereto as Exhibit C.

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

DATED: March 22, 2013

By ________________________
ROLAND P. REYNOLDS
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

EXHIBIT A

# EXHIBIT A

# SUMMONS
(CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 25 2013
E. CELILIO-CASH

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Flagstar Bank, FSB, Mortgage Electronic Registration Systems (MERS)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Hermenegildo Gonzalez Natb-I-Hu: Bey

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Riverside Superior Court
*(El nombre y dirección de la corte es):*
4050 Main St
Riverside, Ca 92501

CASE NUMBER: *(Número del Caso):* RIC 1301041

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: *(Fecha)* JAN 25 2013 Clerk, by *(Secretario)* E. CELILIO-CASH, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| Gonzalez Vs Flagstar Bank, FSB et al | |

**INSTRUCTIONS FOR USE**

- This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
- If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff ☒ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

Sean Kelly, Bella Kharson, Evelyn D. Messina; MTC Financial Inc, DBA Trustee Corps, Omuldo, Inc and Does 1 thru 100

Page ____ of ____



Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Hermenegildo Gonzalez
3783 Stansell Dr. Riverside, Ca 92501
TELEPHONE NO.: FAX NO.:
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 4050 Main St
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, Ca 92501
BRANCH NAME:

CASE NAME:

## CIVIL CASE COVER SHEET

[X] Unlimited (Amount demanded exceeds $25,000)
[ ] Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: RIC 1301041
JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[X] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (*not specified above*) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (*check all that apply*): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [X] punitive
4. Number of causes of action (*specify*): (4)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*) Nabb-IAM: Bey

Date: 1-25-2013
Hermenegildo Gonzalez, Nabb-IAM: Bey ▶ Hermenegildo Gonzalez
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BANNING** 135 N. Alessandro Rd., Banning, CA 92220
☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
☐ **RIVERSIDE** 4050 Main St., Riverside, CA 92501
☐ **HEMET** 880 N. State St., Hemet, CA 92543
☐ **INDIO** 46-200 Oasis St., Indio, CA 92201
☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
☐ **TEMECULA** 41002 County Center Dr., Ste. 100, Temecula, CA 92591

RI-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):
Hermenegildo Gonzalez, Nabb-IHM:Bey
3783 Stansell Dr.
Riverside, Ca 92501

TELEPHONE NO: FAX NO. (Optional):
E-MAIL ADDRESS (Optional): 310-955-6541
ATTORNEY FOR (Name):

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 25 2013
E. CELILIO-CASH

PLAINTIFF/PETITIONER: Hermenegildo Gonzalez Nabb-IHM: Bey

DEFENDANT/RESPONDENT: Flagstar Bank, FSB et al

CASE NUMBER: RIC 1301041

## CERTIFICATE OF COUNSEL

All civil cases shall be filed in the following courthouses based on the zip code of the area in which the cause of action arose.

The undersigned certifies that this matter should be tried or heard in the following court:

☐ Banning ☐ Blythe ☐ Hemet ☐ Indio

☐ Moreno Valley ☒ Riverside ☐ Temecula

For the reasons specified below:

☐ The action arose in the zip code of: ______ or
City/Community of: ______

☒ The action concerns real property located in the zip code of: 92501 or
City/Community of: ______

☐ The Defendant resides in the zip code of: ______ or
City/Community of: ______

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 1-25-2013

Hermenegildo Gonzalez Nabb-IHM: Bey
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ Hermenegildo Gonzalez, Nabb-IHM:Bey
(SIGNATURE)



Approved for Mandatory Use
Riverside Superior Court
RI-030 [Rev. 11/15/11]

CERTIFICATE OF COUNSEL

Local Rule 1.0015
riverside.courts.ca.gov/localfrms/localfrms.shtml

Hermenegildo Gonzalez
Nabb-I AM:Bey
3783 Stansell Dr.
Riverside, Ca 92501

310-955-6541

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 25 2013
E. CELILIO-CASH

RECEIVED
FEB 28 2013

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

| | |
|---|---|
| Hermenegildo Gonzalez, Nabb-I AM: Bey<br><br>PLAINTIFFS,<br><br>VS.<br><br>FLAGSTAR BANK FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), SEAN KELLY, BELLA KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC, DBA TRUSTEE CORPS. ONULDO, INC AND DOES 1 THRU 100 | Case No.: RIC 1301041<br>VERIFIED<br>COMPLAINT FOR MONEY DAMAGES IN THE AMOUNT 27 BILLION U.S DOLLARS AND RETURN OF PROPERTY TO THE ORIGINAL TRUSTOR:<br><br>1. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 2923.5<br>2. BREACH OF CONTRACT<br>3. ROBO SIGNING<br>4. RICO<br><br>JURRY TRIAL DEMENDED |

Plaintiff s Hermenegildo Gonzalez and Nabb- IAM: Bey submit this complaint for damages and for other equitable and appreciates relief:

1. Jurisdiction is proper in the Superior Court of California, County of Riverside pursuant to §410.10 o of the California Code of Civil Procedure because it has general subject matter jurisdiction and no statutory exceptions to jurisdiction exist.

2. Venue is proper pursuant to §395.5 of the California Code of Civil procedure because the obligations of certain defendants were to be performed in Riverside County, and because the subject property is located within the county.

3. Plaintiff (Hermenegildo Gonzalez is the original trustor and Plaintiff Nabb- IAM :Bey is an equitable interest holder in the real property commonly known as 4645 High Street, Riverside, California. Legally described as:

4. LOT 34 OF GLENDORA TRACT, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 8 PAGE 25, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

EXEPT THAT PORTION CONVEYED TO THE CITY OF RIVERSIDE, BY DEED RECOEDED FEBRUARY 1ST, 1991, INSTRUMENT NO. 38270
APN: 209-031-012-2

5. At all relevant times herein, plaintiffs were investments associates/partners in the County of Riverside, State of California.

6. Defendant Flagstar Bank, N.A.("Flagstar Bank")is a national bank existing and operating pursuant to federal and California Law, and at all relevant times alleges to be the holder and, through its subsidiary Flagstar Bank Home Mortgage, Inc., servicer of the plaintiff's mortgage.

7. Defendant Mortgage Electronic Registration Systems (MERS), is a mortgage electronic registrant. At all times relevant was doing business in the State of California registering mortgages for different banks including Defendant "Flagstar Bank".

8. Defendant Sean Kelly, IS A ROBO SIGNER, who signed his name as Vice President for Flagstar Bank, FSB and also signed as President for MERS. Falsified documents and recorded it with the county of Riverside Recorders Office contributing to stealing Plaintiff's property through illegal foreclosure sale. See exhibit A & B Assignments and Substitution of Trustee.

9. Defendant BELLA KHARSON a Notary Public of the State of Michigan, at all times acting as a Notary public under the laws of the State of Michigan. Allegedly certified fraudulent documents and lied under oath that Defendant SEAN KELLY was the President of Defendant MORTGAGE ELECTRONIC SYSTEMS,INC (MERS) when Defendant SEAN KELLY had not even appeared before him or her. (See exhibit "A" Assignment of deed of trust). (Very interesting).

10. Defendant MTC FINANCIAL INC, DBA TRUSTEE CORPS, is a corporation duly organized and existing under the laws of the state of California and is doing business in California as a foreclosure trustee who processed and recorded the illegal Notice of Default against the subject property without; (1) being assigned as the trustee before recoding the N.O.D (2) not attaching declaration of due diligence that they indeed followed the law pursuant to California Civil Code 2923.5(a)(2).

11. Defendant EVELYN D. MESSINA, Notary Public of the State of Michigan, at all times acting as a Notary public under the laws of the State of Michigan. Allegedly certified fraudulent documents and lied under oath that Defendant SEAN KELLY was the Vice President of Defendant "Flagstar Bank".

12. Defendant ONULDO, INC is an allege corporation doing business in the state of California buying properties and flipping who suppose to have bought Plaintiffs property.

13. Plaintiffs allege that, the trustee sale was fraudulent and illegal in that neither Defendant ONULDO, INC agents or officers was present at the time of sale to purchase Plaintiffs property nor had the required certified funds by law to complete the purchase. Because, the recorded Trustee Deed Upon Sale shows; (1) Does not show the amount of the unpaid debt together with cost, (2) Does not show the amount paid by the grantee at the trustee sale, (3) nor the documentary taxes. (What are they trying to hide?)

14. The true names and capacities of unnamed defendants Does 1-100, inclusive are known to plaintiffs who therefore sues said Does defendants by fictitious names to be demanded to the true names and capacities when ascertained as a later date by plaintiffs.

15. At all times relevant, each Doe defendants were agents, servants, employees, or acted under, in concert with, or for the named defendants in the scope of such agency and/or employment, or were in some way the cause of the plaintiff's damages.

16. Defendant's obligation under California Civil Code §2923.5 are as follows:

   a. On July 8, 2008, Governor Schwarzenegger signed into law senate Bill 1137, known as the Perata Mortgage Relief Bill. This bill was subsequently codified as California 2923.5 and 2923.6. These govern any residential mortgage recorded between January 1, 2003 and December 31, 2007. The legislative intent behind these sections was for lenders and borrowers to communicate and explore options that could avoid foreclosure.

   b. Among the protections California Civil Code §2923.5 affords to a borrower in foreclosure are a mandatory notification, meeting, and consolation proves that must be made by the foreclosing lender prior to filing a notice of default under Civil Code §2924. Specifically, §2923.5(a)(2) require a lender to contact the borrower in person or by telephone to assess the borrower's financial situation, to explore options for the borrower to avoid foreclosure, and to inform the borrower of the right to request a subsequent meeting.

   c. Section 2923.5(b) further requires the lender to use due diligence in contacting the borrower as defined in §2923.5(g) prior to filing a notice of default. If a lender has already filed, the notice must include a declaration from the lender of compliance with §2923.5, outlining attempts made with due diligence to contact the borrower.

17. Plaintiff alleges that defendant failed to comply with the communication requirements set forth in California Civil Code §2923.5.

FACTUAL BACKGROUND

18. This lawsuit concerns the subject real property commonly known as 4645 High Street, Riverside, California, 92507.

19. Plaintiff was the trustor of a first deed of trust on the subject property, defendant Flagstar Bank alleges to be the holder of the note on the subject property, and defendant MTC FINANCIAL INC, DBA TRUSTEE CORPS alleges to be substitute as the trustee of the deed of trust that secured the note by defendant "MERS" signed by defendant SEAN KELLY as the Assistant Vice President of defendant "Flagstar Bank, FSB notarized by defendant Evelyn D. Messina (Public Notary, State of Michigan).

20. In October 2010, plaintiff began having problems making the payment on the note. He called defendant's agent and wholly owned subsidiary, Flagstar Bank, FSB and requested assistance. Plaintiff was granted loan modification with monthly payment of $832.00 plus taxes and insurance for 5 years. Plaintiff kept the obligation religiously until he was diagnose with CANCER and also lost his job gain in the process in January of 2011. Plaintiff begun to fall behind on his payment again.

21. Plaintiff called Defendant Flagstar Bank, FSB and requested for another modification and asked that they place his arrearages at the back end as balloon payment and as soon as he secures a job he can pay extra. They refused.

22. Plaintiff requested for an opportunity to short sale the house to an investor who was willing to allow him and his family to stay in their house, pay rent and hopefully buy the house back in a later date, and they refused.

23. Plaintiff s believe that Defendant Flagstar Bank, FSB refused to work with Plaintiff to explore options to save his home because they benefited more foreclosing on Plaintiff's home than working with him by cashing in on the insurance policy place on Plaintiff's Note.

24. This is a violation of California Civil Code Section 2923.5 outlined by legislature to help home owners avoid foreclosure.

25. On September August 6, 2012 plaintiff's home was sold by defendants MTC FINANCIAL INC. DBA TRUSTEE CORPS at a trustee sale to a third party ONULDO, INC who is now also a defendant to the action. Plaintiff believes that this sale was illegal in that, on the trustee deed upon sale instrument, it does not show the amount of

the unpaid debt together with cost, it does not show how much defendant ONULDO, INC actually paid for Plaintiff's property at the auction if they were there as required by law nor had certified funds as required by law and neither does it show transfer taxes paid. (See attached exhibit "TRUSTEE DEED UPON SALE.

26. Defendant "Flagstar Bank, FSB failed to contact plaintiff or meet any of the requirements under §2923.5 prior to the sale.

27. Plaintiffs allege that Defendant "MERS" did not have the legal standing to substitute Plaintiff's property and that the substitution is fraud, null and void.

28. Plaintiffs allege that defendant SEAN KELLY is not the Vice President for defendant "MERS" to sign on their behalf and therefore, the substitution is fraud, null and void.

29. Plaintiffs allege that Defendant SEAN KELLY is not the Assistant Vice President for defendant "Flagstar Bank, FSB to sign on their behalf and therefore, the substitution is again illegal, null and void.

30. Plaintiffs allege that defendant SEAN KELLY is not the Vice President for defendant "MERS" to sign on their behalf and therefore, the "Assignment of Deed of Trust" is invalid, null and void.

31. Plaintiff alleges that defendant Evelyn D. Messina violated his or her oath as a notary public with the State of Michigan by acknowledging that defendant SEAN KELLY as the Assistant Vice President for defendant Flagstar Bank, FSB.

32. Plaintiff alleges that defendant MTC FINANCIAL INC. DBA TRUSTEE CORPS did not have the legal veil to act when they recorded the N.O.D against Plaintiff's property and force it to sale. Because according to Riverside County Recorder's Office records, defendant MTC FINANCIAL INC. DBA TRUSTEE CORPS were fraudulently acknowledged as the substitute trustee by defendant EVELYN D. MESSINA (notary public, state of Michigan) and signed by defendant SEAN KELLY as Asst. Vice President for defendant "Flagstar Bank, FSB" on 1/5/2012 and was recorded on 03/20/2012. (See attached exhibit "B" Substitution of Trustee). The N.O.D recorded by defendant MTC FINANCIAL INC. DBA TRUSTEE CORP. was recorded with the

Riverside County Recorder's office on 12/07/2011. (See attached exhibit "C"-Notice of default and election to sell under deed of trust). This is a violation of Due Process and Due Diligence pursuant to California Foreclosure Laws inacted by legislature.

FIRST COUSE OF ACTION: VIOLATION OF CALIFONIA CIVIL CODE §2923.5
[As to defendant Flagstar Bank, N.A, and MTC FINANCAIL INC. DBA TRUSTEE CORPS]

33. Plaintiff s incorporate by reference each preceding paragraph as if it were fully set forth below.

34. Flagstar Bank failed to comply with one or more of the communication requirements under Civil Code §2923.5 and through its agents filed a notice of default and held a trustee sale in violation of §2923.5.

35. The wrongful conduct of Flagstar Bank, their agents, servants and employees, and all other persons acting under, and in concert with, or for them, in violating Civil Code 2923.5 had caused irreparable injury to plaintiff and his family and by that plaintiffs and their family had suffered permanent loss of their residence.

36. Plaintiffs have no adequate legal remedy for his current injuries, and monetary damages after trial and will not be sufficient to replace plaintiff's primary and unique residence and the Emotional, Physical, Mental and Psychological Stress that has been inflicted upon them.

37. Plaintiffs request this court to immediately enjoin and restrain, by order, the defendants, their agents, servants and employees, and all other persons acting under, in concert with, or for them, from initiating, exercising, and continuing sale proceedings against the subject property or any further transfer of the property to another buyer until this case has been litigated in court to determine the legitimacy of the foreclosure sale by Flagstar Bank, MTC FINANCIAL, INC. DBA TRUSTEE CORPS to ONULDO, INC or ONULDO, INC to any other buyer as they never complied with the requirements of 2923.5 making everything associated with the stealing of Plaintiffs property illegal.

SECON CAUSE OF ACTION: BREACH OF CONTRACT

(AS TO DEFENDANT FLAGSTAR BANK)

38. Plaintiffs incorporates by reference each preceding paragraph as if it were fully set forth below.

39. Plaintiff refinanced his property through Flagstar Bank entered into a legally binding promissory agreement on or about 02/29/2008, secured by plaintiff's residence. (See attached exhibit "D"-loan application.

40. Flagstar Bank, by intrinsic and extrinsic fraud, converted Plaintiffs contract into securities breaching the refinancing agreement.

41. Defendant Flagstar Bank intentionally breached the terms of the contract when it converted the "DEED OF TRUST" and Plaintiff's "NOTE into securities and sold it to investors at "Wall Street". And that is why Defendant Flagstar Bank intentionally refused to verify or consider plaintiff's financial documents and approve his application for loan modification, and instead sold plaintiff's home at a trustee sale.

42. The contract was a lawful contract by its nature put defendant on notice that a breach would result in emotional and mental suffering by the plaintiff as well as other forms of compensable damage.

43. Flagstar Bank's breach was material, as the whole point of the agreement was to give plaintiff the chance to reorganize his finances with new terms for his promissory note without being subject to the negative financial and credit effects of a trustee sale, and to avoid the monetary damages and emotional suffering from a foreclosure proceeding.

44. The original note and deed of trust have a provision for attorney fees.

45. Plaintiff was harmed by Flagstar Bank's breach. He incurred $5,559.12 in damages as consideration paid for the contract, cost of suit, legal fees as a result of defendant's actions, the sale of his home, and damages in an amount to be proven at trial.

46. Plaintiff suffered extraordinary emotional distress and mental suffering from Flagstar Bank's intentional breach and illegal eviction in an amount of 27 BILLION US

DOLLARS PLUS RETURN OF PLAINYIFF'S PROPERTY SINCE DEFENDANT FLAGSTAR BANK SECURITIZED PLAINTIFF'S "NOTE" SOLD IT IN THE OPEN MARKET AND HAD IT BUNDDLED UP WITH OTHER SECURITIES AND TRADED IT FOR BILLIONS OF DOLLARS. NEXT, TURNED AROUND AND FORECLOSED ON HIM, SOLD IT TO A 3RD PARTY INVSTOR AND HAD HIM AND HIS FAMILY THROWN OUT OF THEIR HOME.

THIRD CAUSE OF ACTION: ROBO SIGNING
(AS TO DEFENDANT SEAN KELLY)

47. Plaintiffs incorporates by reference each preceding paragraph as if it were fully set forth below;

48. Plaintiffs allege that Defendant SEAN KELLY is ROBO SIGNER. He signed for Defendant "MERS" as the Vice President and again signed for Defendant Flagstar Bank as the Assistant Vice President. (Attached exhibit Substitution of Trustee and Assignment of Deed of Trust).

FOURTH CAUSE OF ACTION: RICO
(AS TO ALL DEFENDANTS)

49. Plaintiffs incorporates by reference each preceding paragraph as if it were fully set forth below;

50. Plaintiffs allege that all the named Defendants are involved and had conspired to committing "RICO" acts toward the Plaintiffs, stole their home and threw them out of it.

51. Plaintiffs have suffered eviction from their home by defendants due to plaintiff's breach of contract, violation of CCP Section 2923.5, ROBO SIGNING and RICO acts.

Wherefore, plaintiff prays for relief as follows:

1. An order to immediately enjoin and restrain defendant, their agents, servants and employees, and all other persons acting under, in concert with, or for them, from initiating, exercising, and continuing any further transfers of subject property until Flagstar Bank had proved a claim that they were indeed: (1) the holder in due course,

(2) complied with the requirements of §2923.5, (3) that Sean Kelly is not Robo Signer, (4) that all the rest of the defendants did not contribute to RICO acts and illegally steal Plaintiffs property and cause them to be evicted from their home.

2. An order to rescind the deed of trust upon trustee sale, notice of sale, and notice of default.
3. For costs of suit.
4. For attorney fees as provided by contract.
5. For damages according to proof.
6. For emotional distress and suffering damages in an amount of 27 BILLION US DOLLARS AND RETURN OF SUBJECT PROPERTY FREE FROM ALL INCUMBRANCES.

January, 22th, 2013

Hermenegildo Gonzalez

Nabb- I AM: Bey

# EXHIBIT A

Notice Default, substitution of trustee,

Assignment of Deed of Trust, Trustee's

Deed upon sale,

STEWART TITLE OF CALIFORNIA

DOC # 2011-0540519
12/07/2011 10:54A Fee:21.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

Trustee Corps
17100 Gillette Ave
Irvine, CA 92614

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 2 | ✓ | 1 | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | T: | | CTY | UNI | 025 |

Trustee Sale No CA09007316-11-1 APN 219-133-007-6 Title Order No 7742-421041

21
T
025

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION**, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this Notice of Default may be recorded (which date of recording appears on this notice).

This amount is **$5,316.42** as of **December 2, 2011**, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your Note and Deed of Trust or Mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the Note and Deed of Trust or Mortgage, the Beneficiary or Mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the Beneficiary or Mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the Beneficiary or Mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your Beneficiary or Mortgagee may mutually agree in writing prior to the time the Notice of Sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

FLAGSTAR BANK, FSB
c/o Trustee Corps
17100 Gillette Ave
Irvine, CA 92614
Phone: 949-252-8300 Ref No: CA09007316-11-1

*If you have any questions, you should contact a lawyer or the governmental agency which may have* insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT:**
TRUSTEE CORPS is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated as of February 29, 2008, executed by HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS as Trustor(s), to secure obligations in favor of FLAGSTAR BANK, FSB as the original Lender and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as the original Beneficiary acting solely as nominee for Lender, its successors and/or assigns and recorded on March 7, 2008, as Instrument No. 2008-0114043, of the official records in the Office of the Recorder of Riverside County, California, as more fully described on said Deed of Trust. Including a Note(s) for the sum of $172,000.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of: **THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 08/01/2011 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, ALONG WITH LATE CHARGES, PLUS FORECLOSURE COSTS AND LEGAL FEES. PLUS ALL OF THE TERMS AND CONDITIONS AS PER THE DEED OF TRUST, PROMISSORY NOTE AND RELATED LOAN DOCUMENTS.**

That by reason thereof, the present Beneficiary under such Deed of Trust, has executed and delivered to MTC FINANCIAL INC. dba TRUSTEE CORPS, said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: December 2, 2011

TRUSTEE CORPS, as Agent for the Beneficiary

By: Karen Talafus, Authorized Signatory

TRUSTEE CORPS IS A DEBT COLLECTOR.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

STEWART TITLE OF CALIFORNIA

RECORDING REQUESTED BY:

03/20/2012 08:00 AM Fees: $21.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

WHEN RECORDED MAIL TO:

TRUSTEE CORPS
17100 Gillette Ave
Irvine, CA 92614

**This document was electronically submitted to the County of Riverside for recording**
Receipted by: MRUIZ

APN: 219-133-007-6 TS No: CA09007316-11-1 TO No: 7742-421041
PROPERTY ADDRESS: 4645 HIGH ST, RIVERSIDE, CA 92507-5720

## SUBSTITUTION OF TRUSTEE

WHEREAS, HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS was the original Trustor(s), JOAN H. ANDERSON was the original Trustee and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. was the original Beneficiary, acting solely as nominee for Lender, FLAGSTAR BANK, FSB, its successors and/or assigns under that certain Deed of Trust dated February 29, 2008 and recorded on March 7, 2008, as Instrument No. 2008-0114043, of official records in the Office of the Recorder of Riverside County, California;

WHEREAS, the undersigned current Beneficiary under said Deed of Trust desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided;

NOW THEREFORE, the undersigned hereby substitutes MTC FINANCIAL Inc. dba Trustee Corps, whose address is 17100 Gillette Ave, Irvine, CA 92614, as Trustee under said Deed of Trust.

Dated: January 5, 2012 FLAGSTAR BANK, FSB

By: SEAN KELLY ASST. VICE PRESIDENT

STATE OF MICHIGAN
COUNTY OF OAKLAND

On 1/5/2012 before me, EVELYN D. MESSINA, Notary Public, personally appeared SEAN KELLY ASST. VICE PRESIDENT who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Michigan that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Notary Public

EVELYN D MESSINA
Notary Public, State of Michigan
County of Macomb
My Commission Expires August 26, 2016
Acting in the County of Oakland

# AFFIDAVIT OF MAILING OF SUBSTITUTION OF TRUSTEE

## BY CODE PURSUANT TO CALIFORNIA CIVIL CODE SECTION 2934a

TRUSTEE SALE #: **CA09007316-11-1**

TRUSTOR: **HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS**

ORDER #: **7742-421041**

I, Rowena Paz, declare: That I am an officer, agent or employee of MTC FINANCIAL, INC. DBA TRUSTEE CORPS, whose address is:

**17100 GILLETTE AVENUE**
**IRVINE, CA 92614**

I am over the age of eighteen years: On March 16, 2012, by Certified and First Class Mail, enclosed and sealed in an envelope with postage fully prepaid, I deposited in the United States Mail, a copy of the attached Substitution of Trustee to the Trustee of record under Deed of Trust described in said Substitution, and;

A copy of the attached Substitution has been mailed prior to the recording thereof, in the manner provided in Section 2934a and 2924b of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

I certify (or declare) the above statement is true and correct under the laws of the State of California.

Dated: March 16, 2012

BY: Rowena Paz

Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

FLAGSTAR BANK, F.S.B.
5151 Corporate Drive
Troy, MI 48098

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 1 | | 1 | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | T: | | | CTY | UNI | 025 |

Trustee Sale No: CA09007316-11-1 APN 219-133-007-6 MIN No: 100052550192700721
Title Order No: 7742-421041 MERS Phone: 888-679-6377

18
T
025

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to **FLAGSTAR BANK, FSB** all beneficial interest under that certain Deed of Trust dated as of February 29, 2008, executed by HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS, as Trustor(s), to JOAN H. ANDERSON, as Trustee and recorded March 7, 2008 as Instrument No. 2008-0114043 of official records in the Office of the County Recorder of Riverside County, California.

All rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part, the real property described therein, commonly known as 4645 HIGH ST, RIVERSIDE, CA 92507-5720: As more fully described in said Deed of Trust.

Dated: 11-17-11

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. acting solely as nominee for Lender, FLAGSTAR BANK, FSB., its successors and/or assigns**

By: SEAN KELLY
VICE PRESIDENT

STATE OF MICHIGAN
COUNTY OF OAKLAND

On 11-17-11 before me, ______________________, Notary Public, personally appeared SEAN KELLY who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Michigan that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public

BELLA KHARSON
Notary Public, State of Michigan
County of Oakland
My Commission Expires April 1, 2013

DOC # 2012-0388589
08/15/2012 [illegible] Fee: [illegible]
Page 1 of 2 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY:

WHEN RECORDED MAIL DEED
AND TAX STATEMENT TO:

ONULDO, INC.
14080 GRAHAM ST
MORENO VALLEY, CA 92553

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 2 | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | T: 9 | CTY | UNI | 025 |

18
C
025

APN: 219-133-007-6 TS No: CA08007316-11-1 TO No: 7742-421041

# TRUSTEE'S DEED UPON SALE

The undersigned Grantor declares:

1) The Grantee herein was not the foreclosing beneficiary.

2) The amount of the unpaid debt together with costs was: $ No show

3) The amount paid by the Grantee at the trustee sale was: $ No show

4) The documentary transfer tax is: $ No show

5) Said property is in the city of: RIVERSIDE

6) A.P.N. 219-133-007-6

and **MTC FINANCIAL INC. dba TRUSTEE CORPS**, herein called "Trustee", as Trustee (or as Successor Trustee) of the Deed of Trust hereinafter described, hereby grants and conveys, but without covenant or warranty, express or implied, to **ONULDO, INC.**, herein called "Grantee", the real property in the County of Riverside, State of California, described as follows:

LOT 4 OF CARLTON PLACE, NO. 2, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 15 PAGE 26 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CA.

This deed is made pursuant to the authority and powers given to Trustee (or to Successor Trustee) by law and by that certain Deed of Trust dated February 29, 2008, made to HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS and recorded on March 7, 2008, as Instrument No. 2008-0114043 of Official Records in the office of the Recorder of Riverside County, CA, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

All requirements of law and of said Deed of Trust relating to this sale and to notice thereof having been complied with. Pursuant to the Notice of Trustee's Sale, the above described property was sold by Trustee (or Successor Trustee) at public auction on **August 6, 2012** at the place specified in said Notice,

to Grantee who was the highest bidder therefore, for no show cash, in lawful money of the United States, which has been paid.

Dated: 8/13/12

TRUSTEE CORPS

By: Gloria Juarez, Authorized Signatory

State of CALIFORNIA
County of ORANGE

On 8/13/12 before me, Michael S. Henry, a Notary Public,

personally appeared Gloria Juarez who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public in and for said County and State

MICHAEL S. HENRY
COMM. # 1898488
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. AUG. 6, 2014

(MERS)
Mortgage Electronic Registration Systems
15120 Laguna Canyon Rd. #110
Irvine, CA 92618

EXHIBIT B

# EXHIBIT B

(6R)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

- [ ] BANNING 135 N. Alessandro Rd., Banning, CA 92220
- [ ] BLYTHE 265 N. Broadway, Blythe, CA 92225
- [x] RIVERSIDE 4050 Main St., Riverside, CA 92501
- [ ] HEMET 880 N. State St., Hemet, CA 92543
- [ ] INDIO 46-200 Oasis St., Indio, CA 92201
- [ ] MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
- [ ] TEMECULA 41002 County Center Dr., Ste. 100, Temecula, CA 92591

RI-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address): Hermenegildo Gonzalez, Nabb-IAM: Bey
3783 Stansell Dr.
Riverside, CA 92501

TELEPHONE NO: 310-955-6581 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 25 2013
E. CELILIO-CASH

RIC JAN 25 2013 R

PLAINTIFF/PETITIONER: Hermenegildo Gonzalez Nabb-IAM: Bey

DEFENDANT/RESPONDENT: Flagstar Bank, FSB et al

CASE NUMBER: RIC 1301041

## CERTIFICATE OF COUNSEL

All civil cases shall be filed in the following courthouses based on the zip code of the area in which the cause of action arose.

The undersigned certifies that this matter should be tried or heard in the following court:

- [ ] Banning
- [ ] Blythe
- [ ] Hemet
- [ ] Indio
- [ ] Moreno Valley
- [x] Riverside
- [ ] Temecula

For the reasons specified below:

- [ ] The action arose in the zip code of: ______________ or City/Community of: ______________
- [x] The action concerns real property located in the zip code of: 90251 or City/Community of: ______________
- [ ] The Defendant resides in the zip code of: ______________ or City/Community of: ______________

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 1/25/2013

Hermenegildo Gonzalez Nabb-IAM: Bey
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

► Hermenegildo Gonzalez, Nabb-IAM: Bey
(SIGNATURE)

MAR 0 8 2013

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Hermenegildo Gonzalez<br>Nabb-I AM: Bey<br>3783 Stansell Dr.<br>Riverside, CA 92501<br>TELEPHONE NO.: 310-955-6541 FAX NO. (Optional): 562-923-0808<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Proper | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>MAR 0 8 2013<br>R. Mc Elyea |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>STREET ADDRESS: 4050 MAIN STREET<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: RIVERSIDE, CA 92501<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: HERMENEGILDO GONZALEZ<br>DEFENDANT/RESPONDENT: FLASTAR BANK, FSB et al | CASE NUMBER:<br>RIC 1301041 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

GLV

MAR 13 2013

R

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   Sean Kelly, Vp. for Flagstar Bank, FSB
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   ED RILEY, AGENT FLAGSTAR BANK
4. Address where the party was served: 949 S. Coast Dr. #100, Costa Mesa, CA 92626
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 2/28/13 (2) at *(time)*: 10:53
   b. [X] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: HERMENEGILDO GONZALEZ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FLASTAR BANK, FSB et al | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   a. Name: Antonio Anderson
   b. Address: 6713 CHARNER ST. Bell GARDENS CA 90201
   c. Telephone number: (408) 722-6332
   d. **The fee** for service was: $
   e. I am:
   (1) ☒ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor.
   (ii) Registration No.:
   (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 2/28/13

Antonio Anderson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Hermenegildo Gonzalez
Nabb-I AM: Bey
3783 Stansell Dr.
Riverside, CA 92501
TELEPHONE NO.: 310-955-6541 FAX NO. (Optional): 562-923-0808
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): in Proper

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAR 08 2013
R. Mc Elyea

GLV
MAR 13 2013
R

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: RIVERSIDE, CA 92501
BRANCH NAME:

PLAINTIFF/PETITIONER: HERMENEGILDO GONZALEZ

DEFENDANT/RESPONDENT: FLASTAR BANK, FSB et al

CASE NUMBER: RIC 1301041

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   Onuldo Inc.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served:
   8550 Penny Dr., Riverside, CA 92503
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: 2/27/13 at *(time)*: 10:15 am I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)
   ☐ 416.20 (defunct corporation)
   ☐ 416.30 (joint stock company/association)
   ☐ 416.40 (association or partnership)
   ☐ 416.50 (public entity)
   ☐ 415.95 (business organization, form unknown)
   ☐ 416.60 (minor)
   ☐ 416.70 (ward or conservatee)
   ☐ 416.90 (authorized person)
   ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name: Antonio Anderson
   b. Address: 2617 Churchill St Bell Gardens, CA 90201
   c. Telephone number: (408) 622-7332
   d. **The fee** for service was: $
   e. I am:
   (1) ☒ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor.
   (ii) Registration No.:
   (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 3/6/13

Antonio Anderson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

ORIGINAL

FAXED

Fabio R. Cabezas, (SBN 131998)
E-mail: fcabezas@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363 Fax: 949.863.3350

Attorneys for Defendant
MTC FINANCIAL, INC. dba TRUSTEE CORPS
(erroneously sued herein as MTC FINANCIAL, INC.)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAR 18 2013
C. Mundo

GG MAR 19 2013 R

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

| | |
|---|---|
| HERMENEGILDO GONZALEZ, NABB-I-AM: BEY,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSTAR BANKFSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), SEAN KELLY, BELLA KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC, DBA TRUSTEE CORPS. ONULDO, INC AND DOES 1-100<br><br>Defendant. | Case No. RIC 1301041<br><br>**DECLARATION OF NON-MONETRARY STATUS BY FORECLOSURE TRUSTEE PURSUANT TO CIVIL CODE SECTION 2924l**<br><br>Action Filed: January 25, 2013 |

I, GLORIA JUAREZ, declare:

1. I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2. I am an officer of MTC FINANCIAL INC. dba TRUSTEE CORPS ("TRUSTEE CORPS") (erroneously sued herein as MTC FINANCIAL, INC.).

3. The subject matter of this litigation is a Deed of Trust under which TRUSTEE CORPS is the substituted in trustee. The Deed of Trust was recorded March 7, 2008 with the Riverside County Recorder's Office as Document No. 20080114043. TRUSTEE CORPS has not

been named as a Defendant due to any acts or omissions on its part in the performance of its duties as trustee.

4. TRUSTEE CORPS believes, based on the pleadings, that it has been named in this proceeding solely in its capacity as a trustee or agent therefor under the Deed of Trust. It maintains a reasonable belief that it has not been named due to any acts or omissions on its part in the performance of its duties as trustee or agent therefor. The basis for that belief is that the acts of TRUSTEE CORPS in commencing and proceeding with the foreclosure proceedings are privileged under Civil Code § 2924(d), and Civil Code §47.

5. TRUSTEE CORPS agrees to be bound by whatever non-monetary order or judgment is issued by the Court regarding the subject Deed of Trust.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, at Irvine, California.

GLORIA JUAREZ, Declarant

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Ventura County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2310 E. Ponderosa Drive, Suite 25, Camarillo, California 93010. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 18, 2013, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**Declaration of Non-Monetary Status by Foreclosure Trustee Pursuant to Civil Code Section 2924l**

in a sealed envelope, postage fully paid, addressed as follows:

Hermenegildo Gonzalez
Nabb-I AM:Bey
3783 Stansell Drive
Riverside, CA 92501

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 18, 2013, at Camarillo, California.

Kathleen van Daalen Wetters

EXHIBIT C

# EXHIBIT C

Roland P. Reynolds, Esq. SBN 150864
Email: rreynolds@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

HERMENEGILDO GONZALEZ; NABB-I AM: BEY,

Plaintiffs,

vs.

FLAGSTAR BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); SEAN KELLY; BELLA KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC. DBA TRUSTEE CORPS; ONULDO INC.; and DOES 1 thru 100,

Defendants.

Case No. RIC1301041

**NOTICE OF FILING OF REMOVAL TO FEDERAL COURT**

Complaint Filed: January 25, 2013

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 25, 2013, Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina timely filed a Notice of Removal of this action in the United States District Court for the Central District of California (the "Notice"). A true and correct copy of the Notice is attached hereto as Exhibit "1."

///

///

///



PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. Section 1446, the filing of the attached Notice of Removal with the Federal Court effects the removal of this action, and that this Court may proceed no further unless and until the case is remanded.

DATED: March 22, 2013

By [signature]
ROLAND P. REYNOLDS
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

EXHIBIT 1

# EXHIBIT 1

Roland P. Reynolds, Esq. SBN 150864
Email: rreynolds@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMENEGILDO GONZALEZ; NABB-I AM: BEY,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAGSTAR BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); SEAN KELLY; BELLA KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC. DBA TRUSTEE CORPS; ONULDO INC.; and DOES 1 thru 100,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANTS PURSUANT TO 28 U.S.C. SECTION 1441**<br><br>[FEDERAL QUESTION]<br><br>Complaint Filed: January 25, 2013 |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to sections 1441 and 1331 of Title 28 of the United States Code, Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina, hereby remove the action entitled HERMENEGILDO GONZALEZ; NABB-I AM: BEY, Plaintiffs, vs. FLAGSTAR BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); SEAN KELLY; BELLA

KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC. DBA TRUSTEE CORPS; ONULDO INC.; and DOES 1 thru 100, Defendants, Superior Court of the State of California for the County of Riverside, case no. RIC1301041 (the "Action") to the United States District Court for the Central District of California on the following grounds:

1. On or about January 25, 2013, Plaintiffs Hermenegildo Gonzalez and Nabb-I Am: Bey ("Plaintiffs") filed the Action in California state court. Plaintiff served MERS on February 28, 2013 and Evelyn D. Messina was purportedly substitute served on March 7, 2013. A true and correct copy of the Summons and Complaint in the Action is attached hereto as Exhibit A. Based on the foregoing, Defendants have timely filed this Notice of Removal. *See* 28 U.S.C. section 1446. The complete State Court file is also attached as part of Exhibit B.

2. Defendants Onuldo, Inc. and MTC Financial Inc. dba Trustee Corps have joined in the removal.

3. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. section 1441 in that the Action involves a federal question that can be ascertained from the face of Plaintiffs' complaint. Plaintiffs, in their Complaint, allege the following claim which involves a federal question and laws: The Fourth Claim for violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§1961 *et seq*. ("RICO"). [Complaint ¶¶49-51, attached as Exhibit A.]

4. Defendants contemporaneously are filing a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Riverside and it will be served on Plaintiffs on the same day. Defendants will serve Plaintiffs with copies of this Notice of Removal and the notice filed in State Court. A true and correct copy of written notice sent to the Clerk of the Superior Court and Plaintiff is attached hereto as Exhibit C.

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

DATED: March 22, 2013

By [signature]
ROLAND P. REYNOLDS
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 25 2013
E. CELILIO-CASH

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Flagstar Bank, FSB, Mortgage Electronic Registration Systems (MERS)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Hermenegildo Gonzalez Nabb-I-Hm: Bey

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Riverside Superior Court
*(El nombre y dirección de la corte es):* 4050 Main St Riverside, Ca 92501

CASE NUMBER: *(Número del Caso):* RIC 1301041

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: *(Fecha)* JAN 25 2013 Clerk, by *(Secretario)* E. CELILIO-CASH, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| Gonzalez Vs Flagstar Bank, FSB et al | |

**INSTRUCTIONS FOR USE**

- This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
- If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff ☒ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

Sean Kelly, Bella Kharson, Evelyn D. Messina; MTC Financial Inc, DBA Trustee Corps, Onuldo, Inc and Does 1 thru 100

Page ____ of ____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Hermenegildo Gonzalez / Nabb-IAM:Bey<br>3783 Stansell Dr. Riverside, CA 92501<br>TELEPHONE NO.: FAX NO.:<br>ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside<br>STREET ADDRESS: 4050 Main St<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Riverside, CA 92501<br>BRANCH NAME: | |
| CASE NAME: | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: RIC 1301041 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [X] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [X] punitive
4. Number of causes of action *(specify)*: 4
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Nabb-IAM:Bey

Date: 1-25-2013

Hermenegildo Gonzalez, Nabb IAM:Bey ▶ Hermenegildo Gonzalez
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

- ☐ BANNING 135 N. Alessandro Rd., Banning, CA 92220
- ☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
- ☐ RIVERSIDE 4050 Main St., Riverside, CA 92501
- ☐ HEMET 880 N. State St., Hemet, CA 92543
- ☐ INDIO 46-200 Oasis St., Indio, CA 92201
- ☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
- ☐ TEMECULA 41002 County Center Dr., Ste. 100, Temecula, CA 92591

RI-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):
Hermenegildo Gonzalez, Nabb-Ittm: Bey
3783 Stansell Dr.
Riverside, Ca 92501

TELEPHONE NO: 310·955·6541 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 25 2013
E. CELILIO-CASH

PLAINTIFF/PETITIONER: Hermenegildo Gonzalez Nabb-Ittm: Bey

DEFENDANT/RESPONDENT: Flagstar Bank, FSB et al

CASE NUMBER: RIC 1301041

CERTIFICATE OF COUNSEL

All civil cases shall be filed in the following courthouses based on the zip code of the area in which the cause of action arose.

The undersigned certifies that this matter should be tried or heard in the following court:

☐ Banning ☐ Blythe ☐ Hemet ☐ Indio

☐ Moreno Valley ☒ Riverside ☐ Temecula

For the reasons specified below:

☐ The action arose in the zip code of: ________ or
City/Community of: ________

☒ The action concerns real property located in the zip code of: 92501 or
City/Community of: ________

☐ The Defendant resides in the zip code of: ________ or
City/Community of: ________

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 1-25-2013

Hermenegildo Gonzalez Nabb-Ittm: Bey
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ Hermenegildo Gonzalez, Nabb-Ittm
(SIGNATURE)



Approved for Mandatory Use
Riverside Superior Court
RI-030 [Rev. 11/15/11]

CERTIFICATE OF COUNSEL

Local Rule 1.0015
riverside.courts.ca.gov/localfrms/localfrms.shtml

Hermenegildo Gonzalez
Nabb-I AM:Bey
3783 Stansell Dr.
Riverside, Ca 92501

310-955-6541

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 25 2013
E. CELILIO-CASH

RECEIVED
FEB 28 2013

SUPRIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

| | |
|---|---|
| Hermenegildo Gonzalez, Nabb-I AM: Bey<br><br>PLAINTIFFS,<br><br>VS.<br><br>FLAGSTAR BANK FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), SEAN KELLY, BELLA KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC, DBA TRUSTEE CORPS. ONULDO, INC AND DOES 1 THRU 100 | Case No.: RIC 1301041<br>VERIFIED<br>COMPLAINT FOR MONEY DAMAGES IN THE AMOUNT 27 BILLION U.S DOLLARS AND RETURN OF PROPERTY TO THE ORIGINAL TRUSTOR:<br><br>1. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 2923.5<br>2. BREACH OF CONTRACT<br>3. ROBO SIGNING<br>4. RICO<br><br>JURRY TRIAL DEMENDED |

Plaintiff s Hermenegildo Gonzalez and Nabb- IAM: Bey submit this complaint for damages and for other equitable and appreciates relief:

1. Jurisdiction is proper in the Superior Court of California, County of Riverside pursuant to §410.10 o of the California Code of Civil Procedure because it has general subject matter jurisdiction and no statutory exceptions to jurisdiction exist.

2. Venue is proper pursuant to §395.5 of the California Code of Civil procedure because the obligations of certain defendants were to be performed in Riverside County, and because the subject property is located within the county.

3. Plaintiff (Hermenegildo Gonzalez is the original trustor and Plaintiff Nabb- IAM :Bey is an equitable interest holder in the real property commonly known as 4645 High Street, Riverside, California. Legally described as:

4. LOT 34 OF GLENDORA TRACT, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 8 PAGE 25, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

EXEPT THAT PORTION CONVEYED TO THE CITY OF RIVERSIDE, BY DEED RECOEDED FEBRUARY 1ST, 1991, INSTRUMENT NO. 38270
APN: 209-031-012-2

5. At all relevant times herein, plaintiffs were investments associates/partners in the County of Riverside, State of California.

6. Defendant Flagstar Bank, N.A.("Flagstar Bank")is a national bank existing and operating pursuant to federal and California Law, and at all relevant times alleges to be the holder and, through its subsidiary Flagstar Bank Home Mortgage, Inc., servicer of the plaintiff's mortgage.

7. Defendant Mortgage Electronic Registration Systems (MERS), is a mortgage electronic registrant. At all times relevant was doing business in the State of California registering mortgages for different banks including Defendant "Flagstar Bank".

8. Defendant Sean Kelly, IS A ROBO SIGNER, who signed his name as Vice President for Flagstar Bank, FSB and also signed as President for MERS. Falsified documents and recorded it with the county of Riverside Recorders Office contributing to stealing Plaintiff's property through illegal foreclosure sale. See exhibit A & B Assignments and Substitution of Trustee.

9. Defendant BELLA KHARSON a Notary Public of the State of Michigan, at all times acting as a Notary public under the laws of the State of Michigan. Allegedly certified fraudulent documents and lied under oath that Defendant SEAN KELLY was the President of Defendant MORTGAGE ELECTRONIC SYSTEMS,INC (MERS) when Defendant SEAN KELLY had not even appeared before him or her. (See exhibit "A" Assignment of deed of trust). (Very interesting).

10. Defendant MTC FINANCIAL INC, DBA TRUSTEE CORPS, is a corporation duly organized and existing under the laws of the state of California and is doing business in California as a foreclosure trustee who processed and recorded the illegal Notice of Default against the subject property without; (1) being assigned as the trustee before recoding the N.O.D (2) not attaching declaration of due diligence that they indeed followed the law pursuant to California Civil Code 2923.5(a)(2).

11. Defendant EVELYN D. MESSINA, Notary Public of the State of Michigan, at all times acting as a Notary public under the laws of the State of Michigan. Allegedly certified fraudulent documents and lied under oath that Defendant SEAN KELLY was the Vice President of Defendant "Flagstar Bank".

12. Defendant ONULDO, INC is an allege corporation doing business in the state of California buying properties and flipping who suppose to have bought Plaintiffs property.

13. Plaintiffs allege that, the trustee sale was fraudulent and illegal in that neither Defendant ONULDO, INC agents or officers was present at the time of sale to purchase Plaintiffs property nor had the required certified funds by law to complete the purchase. Because, the recorded Trustee Deed Upon Sale shows; (1) Does not show the amount of the unpaid debt together with cost, (2) Does not show the amount paid by the grantee at the trustee sale, (3) nor the documentary taxes. (What are they trying to hide?)

14. The true names and capacities of unnamed defendants Does 1-100, inclusive are known to plaintiffs who therefore sues said Does defendants by fictitious names to be demanded to the true names and capacities when ascertained as a later date by plaintiffs.

15. At all times relevant, each Doe defendants were agents, servants, employees, or acted under, in concert with, or for the named defendants in the scope of such agency and/or employment, or were in some way the cause of the plaintiff's damages.

16. Defendant's obligation under California Civil Code §2923.5 are as follows:

a. On July 8, 2008, Governor Schwarzenegger signed into law senate Bill 1137, known as the Perata Mortgage Relief Bill. This bill was subsequently codified as California 2923.5 and 2923.6. These govern any residential mortgage recorded between January 1, 2003 and December 31, 2007. The legislative intent behind these sections was for lenders and borrowers to communicate and explore options that could avoid foreclosure.

b. Among the protections California Civil Code §2923.5 affords to a borrower in foreclosure are a mandatory notification, meeting, and consolation proves that must be made by the foreclosing lender prior to filing a notice of default under Civil Code §2924. Specifically, §2923.5(a)(2) require a lender to contact the borrower in person or by telephone to assess the borrower's financial situation, to explore options for the borrower to avoid foreclosure, and to inform the borrower of the right to request a subsequent meeting.

c. Section 2923.5(b) further requires the lender to use due diligence in contacting the borrower as defined in §2923.5(g) prior to filing a notice of default. If a lender has already filed, the notice must include a declaration from the lender of compliance with §2923.5, outlining attempts made with due diligence to contact the borrower.

17. Plaintiff alleges that defendant failed to comply with the communication requirements set forth in California Civil Code §2923.5.

## FACTUAL BACKGROUND

18. This lawsuit concerns the subject real property commonly known as 4645 High Street, Riverside, California, 92507.

19. Plaintiff was the trustor of a first deed of trust on the subject property, defendant Flagstar Bank alleges to be the holder of the note on the subject property, and defendant MTC FINANCIAL INC, DBA TRUSTEE CORPS alleges to be substitute as the trustee of the deed of trust that secured the note by defendant "MERS" signed by defendant SEAN KELLY as the Assistant Vice President of defendant "Flagstar Bank, FSB notarized by defendant Evelyn D. Messina (Public Notary, State of Michigan).

20. In October 2010, plaintiff began having problems making the payment on the note. He called defendant's agent and wholly owned subsidiary, Flagstar Bank, FSB and requested assistance. Plaintiff was granted loan modification with monthly payment of $832.00 plus taxes and insurance for 5 years. Plaintiff kept the obligation religiously until he was diagnose with CANCER and also lost his job gain in the process in January of 2011. Plaintiff begun to fall behind on his payment again.

21. Plaintiff called Defendant Flagstar Bank, FSB and requested for another modification and asked that they place his arrearages at the back end as balloon payment and as soon as he secures a job he can pay extra. They refused.

22. Plaintiff requested for an opportunity to short sale the house to an investor who was willing to allow him and his family to stay in their house, pay rent and hopefully buy the house back in a later date, and they refused.

23. Plaintiff s believe that Defendant Flagstar Bank, FSB refused to work with Plaintiff to explore options to save his home because they benefited more foreclosing on Plaintiff's home than working with him by cashing in on the insurance policy place on Plaintiff's Note.

24. This is a violation of California Civil Code Section 2923.5 outlined by legislature to help home owners avoid foreclosure.

25. On September August 6, 2012 plaintiff's home was sold by defendants MTC FINANCIAL INC. DBA TRUSTEE CORPS at a trustee sale to a third party ONULDO, INC who is now also a defendant to the action. Plaintiff believes that this sale was illegal in that, on the trustee deed upon sale instrument, it does not show the amount of

the unpaid debt together with cost, it does not show how much defendant ONULDO, INC actually paid for Plaintiff's property at the auction if they were there as required by law nor had certified funds as required by law and neither does it show transfer taxes paid. (See attached exhibit "TRUSTEE DEED UPON SALE.

26. Defendant "Flagstar Bank, FSB failed to contact plaintiff or meet any of the requirements under §2923.5 prior to the sale.

27. Plaintiffs allege that Defendant "MERS" did not have the legal standing to substitute Plaintiff's property and that the substitution is fraud, null and void.

28. Plaintiffs allege that defendant SEAN KELLY is not the Vice President for defendant "MERS" to sign on their behalf and therefore, the substitution is fraud, null and void.

29. Plaintiffs allege that Defendant SEAN KELLY is not the Assistant Vice President for defendant "Flagstar Bank, FSB to sign on their behalf and therefore, the substitution is again illegal, null and void.

30. Plaintiffs allege that defendant SEAN KELLY is not the Vice President for defendant "MERS" to sign on their behalf and therefore, the "Assignment of Deed of Trust" is invalid, null and void.

31. Plaintiff alleges that defendant Evelyn D. Messina violated his or her oath as a notary public with the State of Michigan by acknowledging that defendant SEAN KELLY as the Assistant Vice President for defendant Flagstar Bank, FSB.

32. Plaintiff alleges that defendant MTC FINANCIAL INC. DBA TRUSTEE CORPS did not have the legal veil to act when they recorded the N.O.D against Plaintiff's property and force it to sale. Because according to Riverside County Recorder's Office records, defendant MTC FINANCIAL INC. DBA TRUSTEE CORPS were fraudulently acknowledged as the substitute trustee by defendant EVELYN D. MESSINA (notary public, state of Michigan) and signed by defendant SEAN KELLY as Asst. Vice President for defendant "Flagstar Bank, FSB" on 1/5/2012 and was recorded on 03/20/2012. (See attached exhibit "B" Substitution of Trustee). The N.O.D recorded by defendant MTC FINANCIAL INC. DBA TRUSTEE CORP. was recorded with the

Riverside County Recorder's office 12/07/2011. (See attached exhibit "C"-Notice of default and election to sell under deed of trust). This is a violation of Due Process and Due Diligence pursuant to California Foreclosure Laws inacted by legislature.

FIRST COUSE OF ACTION: VIOLATION OF CALIFONIA CIVIL CODE §2923.5 [As to defendant Flagstar Bank, N.A, and MTC FINANCAIL INC. DBA TRUSTEE CORPS]

33. Plaintiff s incorporate by reference each preceding paragraph as if it were fully set forth below.

34. Flagstar Bank failed to comply with one or more of the communication requirements under Civil Code §2923.5 and through its agents filed a notice of default and held a trustee sale in violation of §2923.5.

35. The wrongful conduct of Flagstar Bank, their agents, servants and employees, and all other persons acting under, and in concert with, or for them, in violating Civil Code 2923.5 had caused irreparable injury to plaintiff and his family and by that plaintiffs and their family had suffered permanent loss of their residence.

36. Plaintiffs have no adequate legal remedy for his current injuries, and monetary damages after trial and will not be sufficient to replace plaintiff's primary and unique residence and the Emotional, Physical, Mental and Psychological Stress that has been inflicted upon them.

37. Plaintiffs request this court to immediately enjoin and restrain, by order, the defendants, their agents, servants and employees, and all other persons acting under, in concert with, or for them, from initiating, exercising, and continuing sale proceedings against the subject property or any further transfer of the property to another buyer until this case has been litigated in court to determine the legitimacy of the foreclosure sale by Flagstar Bank, MTC FINANCIAL, INC. DBA TRUSTEE CORPS to ONULDO, INC or ONULDO, INC to any other buyer as they never complied with the requirements of 2923.5 making everything associated with the stealing of Plaintiffs property illegal.

SECON CAUSE OF ACTION: BREACH OF CONTRACT

(AS TO DEFENDANT FLAGSTAR BANK)

38. Plaintiffs incorporates by reference each preceding paragraph as if it were fully set forth below.

39. Plaintiff refinanced his property through Flagstar Bank entered into a legally binding promissory agreement on or about 02/29/2008, secured by plaintiff's residence. (See attached exhibit "D"-loan application.

40. Flagstar Bank, by intrinsic and extrinsic fraud, converted Plaintiffs contract into securities breaching the refinancing agreement.

41. Defendant Flagstar Bank intentionally breached the terms of the contract when it converted the "DEED OF TRUST" and Plaintiff's "NOTE into securities and sold it to investors at "Wall Street". And that is why Defendant Flagstar Bank intentionally refused to verify or consider plaintiff's financial documents and approve his application for loan modification, and instead sold plaintiff's home at a trustee sale.

42. The contract was a lawful contract by its nature put defendant on notice that a breach would result in emotional and mental suffering by the plaintiff as well as other forms of compensable damage.

43. Flagstar Bank's breach was material, as the whole point of the agreement was to give plaintiff the chance to reorganize his finances with new terms for his promissory note without being subject to the negative financial and credit effects of a trustee sale, and to avoid the monetary damages and emotional suffering from a foreclosure proceeding.

44. The original note and deed of trust have a provision for attorney fees.

45. Plaintiff was harmed by Flagstar Bank's breach. He incurred $5,559.12 in damages as consideration paid for the contract, cost of suit, legal fees as a result of defendant's actions, the sale of his home, and damages in an amount to be proven at trial.

46. Plaintiff suffered extraordinary emotional distress and mental suffering from Flagstar Bank's intentional breach and illegal eviction in an amount of 27 BILLION US

DOLLARS PLUS RETURN OF PLAINYIFF'S PROPERTY SINCE DEFENDANT FLAGSTAR BANK SECURITIZED PLAINTIFF'S "NOTE" SOLD IT IN THE OPEN MARKET AND HAD IT BUNDDLED UP WITH OTHER SECURITIES AND TRADED IT FOR BILLIONS OF DOLLARS. NEXT, TURNED AROUND AND FORECLOSED ON HIM, SOLD IT TO A 3RD PARTY INVSTOR AND HAD HIM AND HIS FAMILY THROWN OUT OF THEIR HOME.

THIRD CAUSE OF ACTION: ROBO SIGNING

(AS TO DEFENDANT SEAN KELLY)

47. Plaintiffs incorporates by reference each preceding paragraph as if it were fully set forth below;

48. Plaintiffs allege that Defendant SEAN KELLY is ROBO SIGNER. He signed for Defendant "MERS" as the Vice President and again signed for Defendant Flagstar Bank as the Assistant Vice President. (Attached exhibit Substitution of Trustee and Assignment of Deed of Trust).

FOURTH CAUSE OF ACTION: RICO

(AS TO ALL DEFENDANTS)

49. Plaintiffs incorporates by reference each preceding paragraph as if it were fully set forth below;

50. Plaintiffs allege that all the named Defendants are involved and had conspired to committing "RICO" acts toward the Plaintiffs, stole their home and threw them out of it.

51. Plaintiffs have suffered eviction from their home by defendants due to plaintiff's breach of contract, violation of CCP Section 2923.5, ROBO SIGNING and RICO acts.

Wherefore, plaintiff prays for relief as follows:

1. An order to immediately enjoin and restrain defendant, their agents, servants and employees, and all other persons acting under, in concert with, or for them, from initiating, exercising, and continuing any further transfers of subject property until Flagstar Bank had proved a claim that they were indeed: (1) the holder in due course,

(2) complied with the requirements of §2923.5, (3) that Sean Kelly is not Robo Signer, (4) that all the rest of the defendants did not contribute to RICO acts and illegally steal Plaintiffs property and cause them to be evicted from their home.

2. An order to rescind the deed of trust upon trustee sale, notice of sale, and notice of default.
3. For costs of suit.
4. For attorney fees as provided by contract.
5. For damages according to proof.
6. For emotional distress and suffering damages in an amount of 27 BILLION US DOLLARS AND RETURN OF SUBJECT PROPERTY FREE FROM ALL INCUMBRANCES.

January, 22th, 2013

Hermenegildo Gonzalez

Nabb- I AM: Bey

# EXHIBIT A

## Notice Default, substitution of trustee, Assignment of Deed of Trust, Trustee's Deed upon sale,

STEWART TITLE OF CALIFORNIA

DOC # 2011-0540519
12/07/2011 10:54A Fee:21.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

Trustee Corps
17100 Gillette Ave
Irvine, CA 92614

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 2 | ✓ | 1 | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | T: | | CTY | UNI | 025 |

Trustee Sale No CA09007316-11-1 APN 219-133-007-6 Title Order No 7742-421041

21 T 025

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this Notice of Default may be recorded (which date of recording appears on this notice).

This amount is **$5,316.42** as of **December 2, 2011**, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your Note and Deed of Trust or Mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the Note and Deed of Trust or Mortgage, the Beneficiary or Mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the Beneficiary or Mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the Beneficiary or Mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your Beneficiary or Mortgagee may mutually agree in writing prior to the time the Notice of Sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

FLAGSTAR BANK, FSB
c/o Trustee Corps
17100 Gillette Ave
Irvine, CA 92614
Phone: 949-252-8300 Ref No: CA09007316-11-1

*If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.* Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT:**
TRUSTEE CORPS is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated as of February 29, 2008, executed by HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS as Trustor(s), to secure obligations in favor of FLAGSTAR BANK, FSB as the original Lender and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as the original Beneficiary acting solely as nominee for Lender, its successors and/or assigns and recorded on March 7, 2008, as Instrument No. 2008-0114043, of the official records in the Office of the Recorder of Riverside County, California, as more fully described on said Deed of Trust. Including a Note(s) for the sum of $172,000.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of: **THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 08/01/2011 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, ALONG WITH LATE CHARGES, PLUS FORECLOSURE COSTS AND LEGAL FEES. PLUS ALL OF THE TERMS AND CONDITIONS AS PER THE DEED OF TRUST, PROMISSORY NOTE AND RELATED LOAN DOCUMENTS.**

That by reason thereof, the present Beneficiary under such Deed of Trust, has executed and delivered to MTC FINANCIAL INC. dba TRUSTEE CORPS, said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: December 2, 2011

TRUSTEE CORPS, as Agent for the Beneficiary

By: Karen Talafus, Authorized Signatory

TRUSTEE CORPS IS A DEBT COLLECTOR.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

STEWART TITLE OF CALIFORNIA

DOC # 2012-0128124
03/20/2012 08:00AM Fees:$21.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

TRUSTEE CORPS
17100 Gillette Ave
Irvine, CA 92614

"This document was electronically submitted to the County of Riverside for recording"
Receipted by: MRUIZ

APN: 219-133-007-6 TS No: CA09007316-11-1 TO No: 7742-421041
PROPERTY ADDRESS: 4645 HIGH ST, RIVERSIDE, CA 92507-5720

## SUBSTITUTION OF TRUSTEE

WHEREAS, HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS was the original Trustor(s), JOAN H. ANDERSON was the original Trustee and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. was the original Beneficiary, acting solely as nominee for Lender, FLAGSTAR BANK, FSB, its successors and/or assigns under that certain Deed of Trust dated February 29, 2008 and recorded on March 7, 2008, as Instrument No. 2008-0114043, of official records in the Office of the Recorder of Riverside County, California;

WHEREAS, the undersigned current Beneficiary under said Deed of Trust desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided;

NOW THEREFORE, the undersigned hereby substitutes MTC FINANCIAL Inc. dba Trustee Corps, whose address is 17100 Gillette Ave, Irvine, CA 92614, as Trustee under said Deed of Trust.

Dated: January 5, 2012 FLAGSTAR BANK, FSB

By: SEAN KELLY ASST. VICE PRESIDENT

STATE OF MICHIGAN
COUNTY OF OAKLAND

On 1/5/2012 before me, EVELYN D. MESSINA, Notary Public, personally appeared SEAN KELLY ASST. VICE PRESIDENT, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Michigan that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Notary Public

EVELYN D MESSINA
Notary Public, State of Michigan
County of Macomb
My Commission Expires August 26, 2016
Acting in the County of Oakland

# AFFIDAVIT OF MAILING OF SUBSTITUTION OF TRUSTEE

## BY CODE PURSUANT TO CALIFORNIA CIVIL CODE SECTION 2934a

TRUSTEE SALE #: **CA09007316-11-1**

TRUSTOR: **HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS**

ORDER #: **7742-421041**

I, Rowena Paz, declare: That I am an officer, agent or employee of MTC FINANCIAL, INC. DBA TRUSTEE CORPS, whose address is:

**17100 GILLETTE AVENUE**
**IRVINE, CA 92614**

I am over the age of eighteen years: On March 16, 2012, by Certified and First Class Mail, enclosed and sealed in an envelope with postage fully prepaid, I deposited in the United States Mail, a copy of the attached Substitution of Trustee to the Trustee of record under Deed of Trust described in said Substitution, and;

A copy of the attached Substitution has been mailed prior to the recording thereof, in the manner provided in Section 2934a and 2924b of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

I certify (or declare) the above statement is true and correct under the laws of the State of California.

Dated: March 16, 2012

BY: Rowena Paz

STEWART TITLE OF CALIFORNIA

12/07/2011 10:54A Fee:18.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

FLAGSTAR BANK, F.S.B.
5151 Corporate Drive
Troy, MI 48098

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| \| | | | \| | | \| | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | T: | | CTY | UNI | 025 |

18 T 025

Trustee Sale No: CA09007316-11-1
Title Order No: 7742-421041

APN 219-133-007-6

MIN No: 100052550192700721
MERS Phone: 888-679-6377

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to **FLAGSTAR BANK, FSB** all beneficial interest under that certain Deed of Trust dated as of February 29, 2008, executed by HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS, as Trustor(s), to JOAN H. ANDERSON, as Trustee and recorded March 7, 2008 as Instrument No. 2008-0114043 of official records in the Office of the County Recorder of Riverside County, California.

All rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part, the real property described therein, commonly known as 4645 HIGH ST, RIVERSIDE, CA 92507-5720: As more fully described in said Deed of Trust.

Dated: 11-17-11

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. acting solely as nominee for Lender, FLAGSTAR BANK, FSB., its successors and/or assigns**

By: [signature] SEAN KELLY
VICE PRESIDENT

STATE OF MICHIGAN
COUNTY OF OAKLAND

On 11-17-11 before me, ______________________, Notary Public, personally appeared SEAN KELLY who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Michigan that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[signature]
Notary Public

BELLA KHARSON
Notary Public, State of Michigan
County of Oakland
My Commission Expires April 1, 2013

DOC # 2012-0388589
08/15/2012 12:15P Fee:18.00
Page 1 of 2 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY:

WHEN RECORDED MAIL DEED
AND TAX STATEMENT TO:

ONULDO, INC.
14080 GRAHAM ST
MORENO VALLEY, CA 92553

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 2 | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | T: 9 | | CTY | UNI | 025 |

18

C
025

APN: 219-133-007-6 TS No: CA08007316-11-1 TO No: 7742-421041

# TRUSTEE`S DEED UPON SALE

The undersigned Grantor declares:

1) The Grantee herein was not the foreclosing beneficiary.

2) The amount of the unpaid debt together with costs was: $ No show

3) The amount paid by the Grantee at the trustee sale was: $ No show

4) The documentary transfer tax is: $ No show

5) Said property is in the city of: RIVERSIDE

6) A.P.N. 219-133-007-6

and **MTC FINANCIAL INC. dba TRUSTEE CORPS**, herein called "Trustee", as Trustee (or as Successor Trustee) of the Deed of Trust hereinafter described, hereby grants and conveys, but without covenant or warranty, express or implied, to **ONULDO, INC.**, herein called "Grantee", the real property in the County of Riverside, State of California, described as follows:

LOT 4 OF CARLTON PLACE, NO. 2, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 15 PAGE 26 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CA.

This deed is made pursuant to the authority and powers given to Trustee (or to Successor Trustee) by law and by that certain Deed of Trust dated February 29, 2008, made to HERMENEGILDO GONZALEZ AND ROSA E. GONZALEZ, HUSBAND AND WIFE, AS JOINT TENANTS and recorded on March 7, 2008, as Instrument No. 2008-0114043 of Official Records in the office of the Recorder of Riverside County, CA, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

All requirements of law and of said Deed of Trust relating to this sale and to notice thereof having been complied with. Pursuant to the Notice of Trustee`s Sale, the above described property was sold by Trustee (or Successor Trustee) at public auction on **August 6, 2012** at the place specified in said Notice,

to Grantee who was the highest bidder therefore, for No Show cash, in lawful money of the United States, which has been paid.

Dated: 8/13/12

TRUSTEE CORPS

By: ______________________, Authorized Signatory
Gloria Juarez

State of CALIFORNIA
County of ORANGE

On 8/13/12 before me, Michael S. Henry, a Notary Public, personally appeared Gloria Juarez who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

______________________
Notary Public in and for said County and State

MICHAEL S. HENRY
COMM. # 1898488
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. AUG. 8, 2014

(MERS)
Mortgage Electronic Registration Systems
15120 Laguna Canyon Rd. #100
Irvine, CA 92618

# EXHIBIT B

6R

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

- ☐ BANNING 135 N. Alessandro Rd., Banning, CA 92220
- ☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
- ☒ RIVERSIDE 4050 Main St., Riverside, CA 92501
- ☐ HEMET 880 N. State St., Hemet, CA 92543
- ☐ INDIO 46-200 Oasis St., Indio, CA 92201
- ☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
- ☐ TEMECULA 41002 County Center Dr., Ste. 100, Temecula, CA 92591

RI-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address): Hermenegildo Gonzalez, Nabb-IAM: Bey
3783 Stansell Dr.
Riverside, Ca 92501

TELEPHONE NO: 310-955-6581 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 25 2013
E. CELILIO-CASH

REC
JAN 25 2013
R

PLAINTIFF/PETITIONER: Hermenegildo Gonzalez Nabb-IAM: Bey

DEFENDANT/RESPONDENT: Flagstar Bank, FSB et al

CASE NUMBER: RIC 1301041

**CERTIFICATE OF COUNSEL**

All civil cases shall be filed in the following courthouses based on the zip code of the area in which the cause of action arose.

The undersigned certifies that this matter should be tried or heard in the following court:

- ☐ Banning ☐ Blythe ☐ Hemet ☐ Indio
- ☐ Moreno Valley ☒ Riverside ☐ Temecula

For the reasons specified below:

- ☐ The action arose in the zip code of: ________ or
  City/Community of: ________
- ☒ The action concerns real property located in the zip code of: 90251 or
  City/Community of: ________
- ☐ The Defendant resides in the zip code of: ________ or
  City/Community of: ________

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 1/25/2013

Hermenegildo Gonzalez Nabb-IAM: Bey
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ Hermenegildo Gonzalez, Nabb-IAM: Bey
(SIGNATURE)

MAR 08 2013

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Hermenegildo Gonzalez
Nabb-I AM: Bey
3783 Stansell Dr.
Riverside, CA 92501
TELEPHONE NO.: 310-955-6541 FAX NO. (Optional): 562-923-0808
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): In Proper

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAR 08 2013
R. Mc Elyea

GLV
MAR 13 2013
R

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: RIVERSIDE, CA 92501
BRANCH NAME:

PLAINTIFF/PETITIONER: HERMENEGILDO GONZALEZ

DEFENDANT/RESPONDENT: FLASTAR BANK, FSB et al

CASE NUMBER: RIC 1301041

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   Sean Kelly, Vp. for Flagstar Bank, FSB
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   ED RILEY, AGENT FLAGSTAR BANK
4. Address where the party was served: 949 S. Coast Dr. #100, Costa Mesa, CA 92626
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 2/28/13 (2) at *(time)*: 10:53
   b. [X] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: HERMENEGILDO GONZALEZ<br>DEFENDANT/RESPONDENT: FLASTAR BANK, FSB et al | CASE NUMBER: |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*: (2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
   a. Name: Antonio Anderson
   b. Address: 6713 CHANNER St. Bell GARDENS CA 90201
   c. Telephone number: (408) 722-6332
   d. **The fee** for service was: $
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 2/28/13

Antonio Anderson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

[signature]
(SIGNATURE)

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Hermenegildo Gonzalez
Nabb-I AM: Bey
3783 Stansell Dr.
Riverside, CA 92501
TELEPHONE NO.: 310-955-6541 FAX NO. (Optional): 562-923-0808
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): in Proper

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAR 08 2013
R. Mc Elyea

GL MAR 13 2013 R

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: RIVERSIDE, CA 92501
BRANCH NAME:

PLAINTIFF/PETITIONER: HERMENEGILDO GONZALEZ

DEFENDANT/RESPONDENT: FLASTAR BANK, FSB et al

CASE NUMBER: RIC 1301041

Ref. No. or File No.:

# PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   Onuldo Inc.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served:
   8550 Penny Dr., Riverside, CA 92503
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: 2/27/13 at *(time)*: 10:15 am I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

PLAINTIFF/PETITIONER: HERMENEGILDO GONZALEZ | CASE NUMBER:

DEFENDANT/RESPONDENT: FLASTAR BANK, FSB et al

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*

under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**

a. Name: Antonio Anderson
b. Address: 2617 Chargel St Bell Gardens, CA 90201
c. Telephone number: (408) 622-7332
d. **The fee** for service was: $
e. I am:

(1) ☒ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☐ a registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.:
(iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 3/6/13

Antonio Anderson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

ORIGINAL

FAXED

Fabio R. Cabezas, (SBN 131998)
E-mail: fcabezas@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363 Fax: 949.863.3350

Attorneys for Defendant MTC FINANCIAL, INC. dba TRUSTEE CORPS (erroneously sued herein as MTC FINANCIAL, INC.)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAR 18 2013
C. Mundo

GG MAR 19 2013 R

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

| | |
|---|---|
| HERMENEGILDO GONZALEZ, NABB-I-AM: BEY,<br>Plaintiff,<br>v.<br>FLAGSTAR BANKFSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), SEAN KELLY, BELLA KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC, DBA TRUSTEE CORPS. ONULDO, INC AND DOES 1-100<br>Defendant. | Case No. RIC 1301041<br>**DECLARATION OF NON-MONETRARY STATUS BY FORECLOSURE TRUSTEE PURSUANT TO CIVIL CODE SECTION 2924l**<br>Action Filed: January 25, 2013 |

I, GLORIA JUAREZ, declare:

1. I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2. I am an officer of MTC FINANCIAL INC. dba TRUSTEE CORPS ("TRUSTEE CORPS") (erroneously sued herein as MTC FINANCIAL, INC.).

3. The subject matter of this litigation is a Deed of Trust under which TRUSTEE CORPS is the substituted in trustee. The Deed of Trust was recorded March 7, 2008 with the Riverside County Recorder's Office as Document No. 20080114043. TRUSTEE CORPS has not

been named as a Defendant due to any acts or omissions on its part in the performance of its duties as trustee.

4. TRUSTEE CORPS believes, based on the pleadings, that it has been named in this proceeding solely in its capacity as a trustee or agent therefor under the Deed of Trust. It maintains a reasonable belief that it has not been named due to any acts or omissions on its part in the performance of its duties as trustee or agent therefor. The basis for that belief is that the acts of TRUSTEE CORPS in commencing and proceeding with the foreclosure proceedings are privileged under Civil Code § 2924(d), and Civil Code §47.

5. TRUSTEE CORPS agrees to be bound by whatever non-monetary order or judgment is issued by the Court regarding the subject Deed of Trust.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, at Irvine, California.

GLORIA JUAREZ, Declarant

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Ventura County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2310 E. Ponderosa Drive, Suite 25, Camarillo, California 93010. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 18, 2013, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**Declaration of Non-Monetary Status by Foreclosure Trustee Pursuant to Civil Code Section 29241**

in a sealed envelope, postage fully paid, addressed as follows:

Hermenegildo Gonzalez
Nabb-I AM:Bey
3783 Stansell Drive
Riverside, CA 92501

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 18, 2013, at Camarillo, California.

Kathleen van Daalen Wetters

# EXHIBIT C

Roland P. Reynolds, Esq. SBN 150864
Email: rreynolds@pldlawyers.com
Frederick A. Haist, Esq., SBN 211322
Email: fhaist@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE

| | |
|---|---|
| HERMENEGILDO GONZALEZ; NABB-I AM: BEY,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAGSTAR BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); SEAN KELLY; BELLA KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC. DBA TRUSTEE CORPS; ONULDO INC.; and DOES 1 thru 100,<br><br>Defendants. | Case No. RIC1301041<br><br>**NOTICE OF FILING OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: January 25, 2013 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 25, 2013, Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina timely filed a Notice of Removal of this action in the United States District Court for the Central District of California (the "Notice"). A true and correct copy of the Notice is attached hereto as Exhibit "1."

///

///

///



PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. Section 1446, the filing of the attached Notice of Removal with the Federal Court effects the removal of this action, and that this Court may proceed no further unless and until the case is remanded.

DATED: March 22, 2013

By [signature]

ROLAND P. REYNOLDS
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendants Flagstar Bank, FSB, Mortgage Electronic Registration Systems, Inc. ("MERS"), Sean Kelly, Bella Kharson and Evelyn D. Messina

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

# CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
HERMENEGILDO GONZALEZ; NABB-I AM: BEY

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
FLAGSTAR BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); SEAN KELLY; BELLA KHARSON; EVELYN D. MESSINA; MTC FINANCIAL INC. DBA TRUSTEE CORPOS; ONULDO INC.

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Hermenegildo Gonzalez
Nabb-I AM: BEY
3783 Stansell Drive
Riverside, CA 92501, (310) 955-6514

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Frederick A. Haist,
Palmer, Lombardi & Donohue LLP
515 South Flower Street, Suite 2100
Los Angeles, CA 90071 213-688-0430

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding ☒ 2. Removed from State Court ☐ 3. Remanded from Appellate Court ☐ 4. Reinstated or Reopened ☐ 5. Transferred from Another District (Specify) ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** 27 billion

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §331 and 1441 due to a claim alleged under RICO, 18 U.S.C. §§1961, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/Etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Org.
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Info. Act
☐ 896 Arbitration
☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
☐ 153 Recovery of Overpayment of Vet. Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☒ 220 Foreclosure
☐ 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpratice
☐ 365 Personal Injury-Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accomodations
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405 (g))
☐ 864 SSID Title XVI
☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

FOR OFFICE USE ONLY: Case Number: EDCV13-0544

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

TOTAL P.003

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [x] NO [ ] YES

If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [x] NO [ ] YES

If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- [ ] A. Arise from the same or closely related transactions, happenings, or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Onuido, Inc. - Riverside County<br>MTC Financial - Orange County | MERS - Virginia<br>Flagstar, Kelly, Messina, Kharson - Michigan |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature] DATE: 3-22-2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

**EDCV13- 544 VAP (DTBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[✓] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.